1

2

3

4

5

6                IN THE UNITED STATES DISTRICT COURT FOR THE

7                    EASTERN DISTRICT OF CALIFORNIA

8

9   UNITED STATES OF AMERICA,      )      No. CR-F-04-5032 REC
                                   )
10                                 )      ORDER DIRECTING PETITIONER
                                   )      TO FILE COPIES OF MOTION AND
11                 Plaintiff/      )      ORDER UNDER SEAL, DIRECTING
                   Respondent,     )      UNITED STATES PROBATION
12                                 )      OFFICE TO RESPOND TO
           vs.                     )      PETITIONER LARRY WELDON
13                                 )      BURNS' EX PARTE PETITION FOR
                                   )      MODIFICATION OF SUPERVISED
14  LARRY WELDON BURNS,            )      RELEASE, AND DIRECTING CLERK
                                   )      OF COURT TO SERVE ORDER ON
15                                 )      UNITED STATES PROBATION
                   Defendant/      )      OFFICE
16                 Petitioner.     )
                                   )
17  _____)

18

19

20      Petitioner Larry Weldon Burns was convicted and sentenced by

    the United States District Court for the Eastern District of
21
    Arkansas, Case No. 99CR00107 SMR, of conspiracy to distribute a
22
    controlled substance and sentenced to 61 months imprisonment and
23
    a five year term of supervised release.  Jurisdiction of
24
    supervised release was transferred to the Eastern District of
25
    California in July, 2004.
26

                                   1

1    On October 20, 2005, petitioner filed an Ex Parte Petition

2 for Modification of Supervised Release.

3    The court has reviewed the docket in Case No. 99CR00107 SMR

4 maintained by the Eastern District of Arkansas.  The docket

5 indicates that petitioner filed a motion under seal on September

6 27, 2005 (doc. 328), which motion was denied by Order filed under

7 seal on October 6, 2005 (doc. 329).  The court directs petitioner

8 to file copies of his motion and the order denying that motion

9 with this court under seal within 15 days of the filing date of

10 this Order.

11    The court will not consider this petition on an ex parte

12 basis.  The court directs the United States Probation Office to

13 respond to this petition within 30 days of the filing date of

14 this Order.

15    The Clerk of the Court is directed to serve a copy of this

16 Order on the United States Probation Office.

17    All further proceedings shall be by order of this court.

18    IT IS SO ORDERED.

19 **Dated:  October 21, 2005**          **/s/ Robert E. Coyle**
   668554                          UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

2