PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number:  1:04CR005032-01** |
| ) | |
| **LARRY WELDON BURNS** ) | |
| ) | |

On October 24, 2003, the above-named was placed on Supervised Release for a period of five years.  He has complied with the rules and regulations of supervision.  It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Ben J. Blankenship

**Ben J. Blankenship
United States Probation Officer**

Dated:       January 2, 2008
                  Visalia, California

**REVIEWED BY:**     /s/ Rick C. Louviere
                              **Rick C. Louviere
                              Supervising United States Probation Officer**

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG

**Re:    LARRY WELDON BURNS**
**Docket Number:   1:04CR05032-01 AWI**
**ORDER TERMINATING SUPERVISED RELEASE**
**PRIOR TO EXPIRATION DATE**

## ORDER OF COURT

It is ordered that Larry Weldon Burns be discharged from supervised release, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

**Dated:   January 2, 2008**             /s/ Anthony W. Ishii
                                    UNITED STATES DISTRICT JUDGE